IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OAKLEY GRAIN,INC. ; BRUCE OAKLEY,INC.
PLAINTIFFS

v.   CASE NO. 4:14cv483 - KGB

THOMAS JAMES VILSACK, SECRETARY OF THE
UNITED STATES DEPARTMENT OF AGRICULTURE;
COMMODITY CREDIT CORPORATION, A
CORPORATION WITHIN THE UNITED STATES
DEPARTMENT OF AGRICULTURE; AND TURNER GRAIN
MERCHANDISING, INC.; IVORY RICE, LLC.; RICE
ARKANSAS, INC. ;RICE AMERICA,INC ; NEAUMAN
COLEMAN & CO, LLC.; TURNER NORTH LLC,;
BRINKLEY TRUCK BROKERAGE LLC.; ARRI-
PETROLEUM SALES, LLC.; AGRIBUSINESS
PROPERTIES, LLC.; JOHN AND JANE DOES 1-10 ; JANE
AND JOHN DOES 11-21 ; JANE AND JOHN DOES 22-52 ;
JOHN DOES 53-60 ; RABO AGRIFINANCE ;
DEFENDANTS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 19 2014
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

This case assigned to District Judge Baker
and to Magistrate Judge Young

COMPLAINT IN INTERPLEADER

Plaintiffs, Oakley Grain,Inc. ,and Oakley Grain, Inc. dba Oakley Export, and Bruce Oakley,Inc. ("Oakley" hereafter), by their attorney Fletcher C. Lewis, ArkBar 72075, for their Complaint in Interpleader states.

PARTIES

1.Plaintiff, Oakley Grain,Inc. and Oakley Grain,Inc., dba Oakley Export and Bruce Oakley,Inc. are Arkansas corporations and are licensed through Bruce Oakley,Inc. License 03-05199 under and by United States Warehouse Act (USWA hereafter) by the United States Secretary of Agriculture [ generally 7 U.S.C. 241 and following and 7 C.F.R. Parts 735 and following] . Oakley has a place of business at 3700 Lincoln Avn, N. Little Rock, Arkansas 72114.

1.

2.Defendant, Rabo AgriFinance is a financial intuitionist lender to Turner located in Roseville, MN 55113 and claims lein on Turner entity assets.  Defendant, Thomas James Vilsack, is the Secretary of the United States Department of Agriculture ("USDA"), and is charged with the duty of administering all policies, programs, and official conduct of the USDA, its agencies, and employees. Mr. Vilsack is being sued solely in his official capacity. One of the agencies or divisions is the U.S.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GRAIN WAREHOUSE Licensing Branch, USDA Kansas City Commodity Office, Warehouse License, Beacon Facility - Stop 9148, 9240 Troost Avn, Kansas City, Missouri 64131-3055

3. Defendant, COMMODITY CREDIT CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE and was reincorporated on July 1, 1948, as a federal corporation within the USDA by the Commodity Credit Corporation Charter Act, generally 15 U.S.C. 714.

4. TURNER GRAIN MERCHANDISING, INC.; IVORY RICE, LLC.; RICE ARKANSAS, INC. ;RICE AMERICA,INC ; NEAUMAN COLEMAN & CO, LLC.; TURNER NORTH LLC,; BRINKLEY TRUCK BROKERAGE LLC.; ARRI-PETROLEUM SALES, LLC.; AGRIBUSINESS PROPERTIES, LLC.;[ collectively "Turner Entities" hereafter" are all Arkansas entites generally located in or close to Monroe County Arkansas and are or were involved in grain warehousing ; grain transportation ; grain sales in Arkansas, Mississippi, Missouri, and Louisianan and possibly other states. It is believed that these defendants are affiliated entities by common ownership ; common control; or other inter related activities.

5. JOHN AND JANE DOES 1-10 JANE AND JOHN DOES 11-21 ; JANE AND JOHN DOES 22-52 ; are unknown entities or unknown individuals who sold grain to Turner Entities and reside in Arkansas, Mississippi, Missouri, and Louisianan.

JOHN DOES 53-60 are unknown lenders that financed production form Does 1-52 and probably resided in Arkansas, Mississippi, Missouri, and Louisianan.

Jurisdiction and Venue

6. This Court has jurisdiction pursuant to 28 U.S.C. § 1335 " Federal Interpleader Act".

3.

Since this is a action under 28 U.S.C.1335 Plaintiff does not have to exhausted its administrative procedures pursuant as to USDA and Commodity Credit Corporation [ CCC hereafter]. Venue is 28 U.S.C. 1397 .

## Oakley as Stakeholder

7. Oakley is a mere stakeholder and except for warehouse liens for storage does not claim an interest in grain held or proceeds of check on which payment was stopped by Oakley. Oakley has reasonable concerns and fears of possibility of multiple liability and desires to deposit the grain [ or proceeds from the grain ] and proceeds of the check with this Court and withdraw from the proceedings. There are two or more adverse claimants of diverse citizenship as defined in subsection (a) or (d) of 28 U.S.C. 1332 that are claiming or may claim to be entitled to grain and check proceeds. The amount in controversy exceeds $100,000usd. Oakley is a mere stakeholder. Complete diversity of citizenship is not required.

## CAUSE OF ACTION IN INTERPLEADER

8. U.S. Secretary of Agriculture may have taken action to close a Turner entity regulated grain elevator. Various producers of grain that sold grain to Turner entities may not have been paid. One or more Turner entities have stopped doing business. Commodity Credit Corporation may have interest in proceeds of sale of grain by producers to some Turner entities. As evidenced by the foregoing, there are competing claims to the proceeds of grain in storage and proceeds of stopped payment check. As a result, Oakley cannot make payment of the grain in storage or proceeds of stopped check without resolving disputed questions of fact, and exposing itself to multiple lawsuits, multiple liabilities, or both. Oakley has no vested interest in who receives any money associated with the grain in storage or check proceeds. Oakley is merely a stakeholder concerned with the risks posed to it by the competing claims. Oakley fears being exposed to the vexation of defending multiple claims and lawsuits related to a

9. limited fund and limited amount of grain, and it desires to resolve its obligations in this single proceeding. 28 U.S.C. 1335 provides Oakley with the ability to interplead funds, and the law does not require Oakley to run the risk associated with analyzing and determining competing claims to the funds. Except for its storage warehouse lien of the grain, Oakley has no interest in the grain or check proceeds and respectfully requests that the Court determine to whom the proceeds should be paid. Oakley brings this statutory interpleader action to ensure that all interested parties are joined in one action for the purpose of determining their rights to grain in storage and check proceeds. Oakley has recently been informed that U.S. Department of Agriculture acting through Grain Warehouse Division may have closed Agribuisness Properties LLC, a defendant, warehouse, license number 03-09935, capacity 241,000 bushels, located in Brinkley, Arkansas. This closure was reported to be within the last few days.

10. Pursuant to 28 U.S.C. 1335(a)(1), and upon order of the Court pursuant to Rule 67 of the Federal Rules of Civil Procedure, Oakley stands ready, willing, and able to pay estimated bushels subject to open market condition, including Peco Foods, Newport, Ark; Tyson Foods, Wayne Company, in total estimated amount of $360,617usd into the registry of the court, there to abide the Court's judgment, and requests that it be discharged from any and all further liability related to stored grain proceeds, check stopped proceeds or other dealing related to purchase of grain. Note, grain includes soybeans, wheat, rice.

11. Oakley requests, pursuant to 28 U.S.C. § 2361, that the Court enter an order restraining all parties hereto from instituting or prosecuting any proceeding in any state court, United States court, or other court affecting or relating to the above referenced grain or check proceeds or other purchases from Turner entities policies and proceeds involved herein.

EXHIBITS ATTACHED SUPPORING INTERPLEAD AMOUNT

12. exhibit 1 $103,275usd    stopped payment check;

exhibit 2 $22,439usd 5904.96 bushels times estimated value $3.80

exhibit 3 $113,690usd  Peco Foods 27729.28 bus x $4.10 est

Exhibit 4. $35,240usd  Peco tickets outstanding 8595bus x $4.10 est

exhibit 5 $47,071usd  Tyson Foods, Hope, Ark. 10,821bus x $4.35 est

exhibit 6. $38,700us Wayne Farms, Danville, Ark 9,000bus x $4.30 est

13. Oakley respectfully requests that the Court award Oakley its costs and reasonable attorneys' fees incurred in connection with this matter. See, e.g., Millers Mut. Ins. Ass'n of Illinois v. Wassail, 738 F.2d 302, 304 (8th Cir. 1984) (citing Moore's FederalPractice and noting, "Under the common law, courts have long awarded attorney fees and costs to a disinterested stakeholder out of an interpleaded fund.").

Relief

14. Oakley respectfully requests that the Court

(a) enter an Order pursuant to Rule 67 of the Federal Rules of Civil Procedure, directing Oakley to deposit the proceeds of mentioned exhibits $360,416usd into the registry of the Court to be distributed to the appropriate party(ies) as determined by the Court; and

(b) enjoining all parties to this lawsuit from filing or prosecuting any claim in any federal or state court or administrative proceeding relating to the grain stored, check proceeds stopped; and

(c) declaring that Oakley has no further liability related in any way to above proceeds beyond its obligation to deposit the proceeds of the policies into the registry of the Court;and

(d) awarding Oakley its costs and reasonable attorneys' fees; and

(e) dismissing with prejudice Oakley as a party to this lawsuit.

WHEREFORE, for the reasons stated herein, Oakley asks interpleader be granted, and for all other relief to which it is entitled.

Respectfully submitted,

*Fletcher C. Lewis* 8-18-2014

Fletcher C. Lewis
Arkansas Bar 72075
Attorney for Oakley Grain, Inc.
104 N. Edmonds Avn.
Box 410
McCrory, Arkansas 72101
501-731-2581 telephone
lewiscfletcher@gmail.com          edited 8-18-2014  1529z-5

013566

8/12/2014

*Stopped payment on Check #013566*

******103275* and 8/100*****

***$103275.08

IVORY RICE, LLC
411 N. MAIN
BRINKLEY AR  72021

| Contract | Delivery Sheet | BUSHELS | Price | Extension |
|---|---|---|---|---|
| S07197801 | 03899401 | 965.71 | 3.83000 | $3,698.67 |
| S07197801 | 03899402 | 1,065.00 | 3.83000 | $4,078.95 |
| S07197801 | 03899403 | 976.43 | 3.83000 | $3,739.73 |
| S07197801 | 03899404 | 912.86 | 3.83000 | $3,496.25 |
| S07197801 | 03899405 | 916.43 | 3.83000 | $3,509.93 |
| S07197801 | 03899406 | 975.36 | 3.83000 | $3,735.63 |
| S07197801 | 03899407 | 866.07 | 3.83000 | $3,317.05 |
| S07197801 | 03899408 | 1,113.75 | 3.83000 | $4,265.66 |
| S07197801 | 03899409 | 1,071.79 | 3.83000 | $4,104.96 |
| S07197801 | 03899410 | 1,186.79 | 3.83000 | $4,545.41 |
| OTHER |  | 16,941.81 | 3.83000 | $64,887.13 |
|  | Test Weight |  |  | -$104.30 |

CN  053    YELLOW CORN    Settlement Number:    040385-P    8/12/2014

TURGRA    TURNER GRAIN                                Net:    ***$103275.08

*Exhibit 1    Oakley Grains, Inc    p 1/6*



| | OAKLEY GRAIN, INC. - YELLOW BEND | Settlement Number: 040385-P |
| --- | --- | --- |
| | 5522 NORTH LEVEE ROAD | FINAL — PURCHASE |
| | ARKANSAS CITY AR | Settlement Date: 8/12/2014 |
| | 870-877-2007 | Customer: TURGRA |

Customer:  TURNER GRAIN
411 N. MAIN
BRINKLEY AR  72021

**YELLOW CORN**

870-734-4747

Page  1 of 2

| Contract | Delivery Sheet | BUSHELS | Price | Extension |
| --- | --- | ---: | ---: | ---: |
| S071978-01 | 038994-01 | 965.71 | 3.83000 | $3,698.67 |
| S071978-01 | 038994-02 | 1,065.00 | 3.83000 | $4,078.95 |
| S071978-01 | 038994-03 | 976.43 | 3.83000 | $3,739.73 |
| S071978-01 | 038994-04 | 912.86 | 3.83000 | $3,496.25 |
| S071978-01 | 038994-05 | 916.43 | 3.83000 | $3,509.93 |
| S071978-01 | 038994-06 | 975.36 | 3.83000 | $3,735.63 |
| S071978-01 | 038994-07 | 866.07 | 3.83000 | $3,317.05 |
| S071978-01 | 038994-08 | 1,113.75 | 3.83000 | $4,265.66 |
| S071978-01 | 038994-09 | 1,071.79 | 3.83000 | $4,104.96 |
| S071978-01 | 038994-10 | 1,186.79 | 3.83000 | $4,545.41 |
| S071978-01 | 038994-11 | 1,174.29 | 3.83000 | $4,497.53 |
| S071978-01 | 038994-12 | 1,267.50 | 3.83000 | $4,854.53 |
| S071978-01 | 038994-13 | 981.43 | 3.83000 | $3,758.88 |
| S071978-01 | 038994-14 | 928.57 | 3.83000 | $3,556.42 |
| S071978-01 | 038994-15 | 1,265.36 | 3.83000 | $4,846.33 |
| S071978-01 | 038994-16 | 996.95 | 3.83000 | $3,818.32 |
| S071978-01 | 038994-17 | 973.74 | 3.83000 | $3,729.42 |
| S071978-01 | 038994-18 | 1,175.36 | 3.83000 | $4,501.63 |
| S071978-01 | 038994-19 | 1,019.29 | 3.83000 | $3,903.88 |
| S071978-01 | 038994-20 | 1,125.19 | 3.83000 | $4,309.48 |
| S071978-01 | 038994-21 | 1,005.00 | 3.83000 | $3,849.15 |
| S071978-01 | 038994-22 | 981.78 | 3.83000 | $3,760.22 |
| S071978-01 | 038994-23 | 1,040.36 | 3.83000 | $3,984.58 |
| S071978-01 | 038994-24 | 1,073.93 | 3.83000 | $4,113.15 |
| S071978-01 | 038994-25 | 953.71 | 3.83000 | $3,652.71 |
| S071978-01 | 038994-26 | 979.35 | 3.83000 | $3,750.91 |
| **TOTALS** | | **26,992.00** | | **$103,379.38** |
| | Test Weight | | | -$104.30 |
| | **SETTLEMENT AMOUNT** | | | **$103,275.08** |
| CHECK | 013566  TURNER GRAIN | | | $103,275.08 |

We Appreciate Your Business!

Gross  27,213.94
Disc.   221.94

Ex 1 p 2/6



| | OAKLEY GRAIN, INC. - YELLOW BEND<br>5522 NORTH LEVEE ROAD<br>ARKANSAS CITY AR<br>870-877-2007 | Settlement Number: 040385-P |
|---|---|---|
| | | FINAL             PURCHASE<br>Settlement Date:  8/12/2014<br>Customer:         TURGRA |

Customer: TURNER GRAIN
411 N. MAIN
BRINKLEY AR  72021

**YELLOW CORN**

870-734-4747                    Page  2 of 2

| Contract | Delivery Sheet | | BUSHELS | Price | Extension |
|---|---|---|---|---|---|
| | | Net BU | 26,992.00 | | |

Extended Amount         $103,379.38
Dollar Deductions         -$104.30

**Settlement Amount**      $103,275.08

Ex 1 p3/6



OAKLEY GRAIN, INC. - YELLOW BEND
5522 NORTH LEVEE ROAD
ARKANSAS CITY AR
870-877-2007

**Delivery Sheet:** 053-038994

Purchase

**Date:** 8/12/2014

**Customer:** TURGRA

**YELLOW CORN**

Customer: TURNER GRAIN
411 N. MAIN
BRINKLEY AR  72021

870-734-4747

| # | Ticket | Date | Vehicle ID | REFERENCE | Weight | % | Bushels | Net | Type | | Factor | Rate | Amount | Price |
|---|--------|------|------------|-----------|--------|---|---------|-----|------|---|--------|------|--------|-------|
| 01 | 0024690-01 | 8/11/2014 | | | 54,080 | 100 | 965.71 | 965.71 | MO | 1 | 13.40 | | | 0.00000 |
| | | | | | | | | | FM | | 2.30 | | | |
| | | | | | | | | | TW | | 55.40 | | | |
| | | | | | | | | | DM | | 1.00 | | | |
| 02 | 0024691-01 | 8/11/2014 | | | 59,640 | 100 | 1,065.00 | 1,065.00 | MO | 1 | 12.90 | | | 0.00000 |
| | | | | | | | | | FM | | 1.70 | | | |
| | | | | | | | | | TW | | 54.50 | | | |
| | | | | | | | | | DM | | 2.40 | | | |
| 03 | 0024692-01 | 8/11/2014 | | | 54,680 | 100 | 976.43 | 976.43 | MO | 1 | 14.30 | | | 0.00000 |
| | | | | | | | | | FM | | 1.30 | | | |
| | | | | | | | | | TW | | 54.20 | | | |
| | | | | | | | | | DM | | 1.30 | | | |
| 04 | 0024693-01 | 8/11/2014 | | | 51,120 | 100 | 912.86 | 912.86 | MO | 1 | 14.40 | | | 0.00000 |
| | | | | | | | | | FM | | 1.70 | | | |
| | | | | | | | | | TW | | 54.20 | | | |
| | | | | | | | | | DM | | 1.60 | | | |
| 05 | 0024694-01 | 8/11/2014 | | | 51,320 | 100 | 916.43 | 916.43 | MO | 1 | 14.60 | | | 0.00000 |
| | | | | | | | | | FM | | 0.40 | | | |
| | | | | | | | | | TW | | 60.20 | | | |
| | | | | | | | | | DM | | 0.80 | | | |
| 06 | 0024695-01 | 8/11/2014 | | | 54,620 | 100 | 975.36 | 975.36 | MO | 1 | 14.90 | | | 0.00000 |
| | | | | | | | | | FM | | 0.20 | | | |
| | | | | | | | | | TW | | 50.70 | 6c | -$58.52 | |
| | | | | | | | | | DM | | 0.40 | | | |
| 07 | 0024696-01 | 8/11/2014 | | | 48,500 | 100 | 866.07 | 866.07 | MO | 1 | 14.90 | | | 0.00000 |
| | | | | | | | | | FM | | 0.04 | | | |
| | | | | | | | | | TW | | 51.60 | 4c | -$34.64 | |
| | | | | | | | | | DM | | 1.20 | | | |
| 08 | 0024697-01 | 8/11/2014 | | | 63,320 | 100 | 1,130.71 | 1,113.75 | MO | 1 | 15.10 | 1.5% | -16.96 | 0.00000 |
| | | | | | | | | | FM | | 0.40 | | | |
| | | | | | | | | | TW | | 53.60 | 1c | -$11.14 | |
| | | | | | | | | | DM | | 1.20 | | | |
| 09 | 0024698-01 | 8/11/2014 | | | 60,020 | 100 | 1,071.79 | 1,071.79 | MO | 1 | 15.00 | | | 0.00000 |
| | | | | | | | | | FM | | 1.40 | | | |
| | | | | | | | | | TW | | 55.40 | | | |
| | | | | | | | | | DM | | 1.40 | | | |
| 10 | 0024700-01 | 8/12/2014 | 2/1619867 | | 66,460 | 100 | 1,186.79 | 1,186.79 | MO | 1 | 13.60 | | | 0.00000 |
| | | | | | | | | | FM | | 2.60 | | | |
| | | | | | | | | | TW | | 55.90 | | | |
| | | | | | | | | | DM | | 1.30 | | | |
| 11 | 0024701-01 | 8/12/2014 | 3/1619865 | | 65,760 | 100 | 1,174.29 | 1,174.29 | MO | 1 | 13.90 | | | 0.00000 |
| | | | | | | | | | FM | | 2.50 | | | |
| | | | | | | | | | TW | | 55.40 | | | |
| | | | | | | | | | DM | | 0.80 | | | |
| 12 | 0024702-01 | 8/12/2014 | 4/1619866 | | 70,980 | 100 | 1,267.50 | 1,267.50 | MO | 1 | 13.60 | | | 0.00000 |
| | | | | | | | | | FM | | 2.40 | | | |
| | | | | | | | | | TW | | 56.30 | | | |
| | | | | | | | | | DM | | 1.60 | | | |
| 13 | 0024703-01 | 8/12/2014 | 534323 | | 54,960 | 100 | 981.43 | 981.43 | MO | 1 | 14.10 | | | 0.00000 |
| | | | | | | | | | FM | | 2.10 | | | |

Ex 1 p 4/6

| | Ticket | Date | Vehicle ID | REFERENCE | Weight | % | Bushels | Net | Type | Factor | Rate | Amount | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | TW | 58.10 | | | |
| | | | | | | | | | DM | 1.70 | | | |
| 14 | 0024704-01 | 8/12/2014 | 534322 | | 52,000 | 100 | 928.57 | 928.57 | MO 1 | 14.30 | | | 0.00000 |
| | | | | | | | | | FM | 1.60 | | | |
| | | | | | | | | | TW | 56.80 | | | |
| | | | | | | | | | DM | 0.40 | | | |
| 15 | 5323842-01 | 8/12/2014 | STEVE/24699 | 1/086184 | 70,860 | 100 | 1,265.36 | 1,265.36 | MO 1 | 13.20 | | | 0.00000 |
| | | | | | | | | | FM | 0.60 | | | |
| | | | | | | | | | TW | 58.50 | | | |
| | | | | | | | | | DM | 0.30 | | | |
| 16 | 5323843-01 | 8/12/2014 | CORN | 7/086185 | 58,460 | 100 | 1,043.93 | 996.95 | MO 1 | 16.30 | 4.5% | -46.98 | 0.00000 |
| | | | | | | | | | FM | 0.50 | | | |
| | | | | | | | | | TW | 59.40 | | | |
| | | | | | | | | | DM | 0.60 | | | |
| 17 | 5323844-01 | 8/12/2014 | DARREL | 8/0007 | 55,360 | 100 | 988.57 | 973.74 | MO 1 | 15.40 | 1.5% | -14.83 | 0.00000 |
| | | | | | | | | | FM | 2.30 | | | |
| | | | | | | | | | TW | 57.70 | | | |
| | | | | | | | | | DM | 0.60 | | | |
| 18 | 5323845-01 | 8/12/2014 | RANDALL | 9/1619874 | 65,820 | 100 | 1,175.36 | 1,175.36 | MO 1 | 14.40 | | | 0.00000 |
| | | | | | | | | | FM | 0.40 | | | |
| | | | | | | | | | TW | 54.60 | | | |
| | | | | | | | | | DM | 0.40 | | | |
| 19 | 5323846-01 | 8/12/2014 | CHRIS | 10/19875 | 57,080 | 100 | 1,019.29 | 1,019.29 | MO 1 | 14.10 | | | 0.00000 |
| | | | | | | | | | FM | 1.70 | | | |
| | | | | | | | | | TW | 55.50 | | | |
| | | | | | | | | | DM | 2.10 | | | |
| 20 | 5323847-01 | 8/12/2014 | RICK | 11/086186 | 65,980 | 100 | 1,178.21 | 1,125.19 | MO 1 | 16.50 | 4.5% | -53.02 | 0.00000 |
| | | | | | | | | | FM | 0.70 | | | |
| | | | | | | | | | TW | 57.20 | | | |
| | | | | | | | | | DM | 2.10 | | | |
| 21 | 5323848-01 | 8/12/2014 | DALE | 12/534283 | 56,280 | 100 | 1,005.00 | 1,005.00 | MO 1 | 14.00 | | | 0.00000 |
| | | | | | | | | | FM | 2.70 | | | |
| | | | | | | | | | TW | 57.20 | | | |
| | | | | | | | | | DM | 1.00 | | | |
| 22 | 5323849-01 | 8/12/2014 | BILL | 13/0015 | 56,680 | 100 | 1,012.14 | 981.78 | MO 1 | 15.80 | 3% | -30.36 | 0.00000 |
| | | | | | | | | | FM | 0.80 | | | |
| | | | | | | | | | TW | 57.00 | | | |
| | | | | | | | | | DM | 1.20 | | | |
| 23 | 5323850-01 | 8/12/2014 | BOBBY | 14/086187 | 58,260 | 100 | 1,040.36 | 1,040.36 | MO 1 | 13.90 | | | 0.00000 |
| | | | | | | | | | FM | 1.50 | | | |
| | | | | | | | | | TW | 57.10 | | | |
| | | | | | | | | | DM | 0.40 | | | |
| 24 | 5323851-01 | 8/12/2014 | STEVE | 15/086188 | 60,140 | 100 | 1,073.93 | 1,073.93 | MO 1 | 12.90 | | | 0.00000 |
| | | | | | | | | | FM | 1.30 | | | |
| | | | | | | | | | TW | 58.10 | | | |
| | | | | | | | | | DM | 0.60 | | | |
| 25 | 5323852-01 | 8/12/2014 | ANDY | 16/0016 | 55,060 | 100 | 983.21 | 953.71 | MO 1 | 15.60 | 3% | -29.50 | 0.00000 |
| | | | | | | | | | FM | 0.90 | | | |
| | | | | | | | | | TW | 56.70 | | | |
| | | | | | | | | | DM | 1.10 | | | |
| 26 | 5323853-01 | 8/12/2014 | MILTON | 17/0017 | 56,540 | 100 | 1,009.64 | 979.35 | MO 1 | 15.80 | 3% | -30.29 | 0.00000 |
| | | | | | | | | | FM | 0.10 | | | |
| | | | | | | | | | TW | 57.80 | | | |
| | | | | | | | | | DM | 1.00 | | | |
| **Totals:** | | **26 Loads** | | | | | **27,213.94** | **26,992.00** | | | | | |

| Ap | Contract | Date | Bushels | Price | Factor | Discount / Premium | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-26 | Open Storage | 8/12/2014 | 26,992.00 | 0.00000 | | -221.94 | | -$104.30 | -$104.30 | | |
| | | | | | 0.00 | -221.94 | | $0.00 | | MO | Moisture |
| | | | | | 0.00 | 0.00 | | -$104.30 | | TW | Test Weight |
| | | | **26,992.00** | | | **-221.94** | | **-$104.30** | **-$104.30** | | |

Total Due:    $0.00

Delivery Sheet:   053-038994

Ex 1 p 5/6

We Appreciate Your Business!

| Summary of all applications for these tickets | | Apply% | Gross Bushels | Bushels Sold | Bushels Stored | Bushels Loaded Out |
|---|---|---|---|---|---|---|
| TURGRA | TURNER GRAIN | 100 % | 27,213.94 | 0.00 | 26,992.00 | 0.00 |
| | | | **27,213.94** | **0.00** | **26,992.00** | **0.00** |

*Ex 1 p 6/6*

Page 3 of 3                                      Delivery Sheet: 053-038994



| | OAKLEY GRAIN, INC. - YELLOW BEND | Delivery Sheet: | 053-****** |
|---|---|---|---|
| | 5522 NORTH LEVEE ROAD | | Purchase |
| | ARKANSAS CITY AR | Date: | 8/18/2014 |
| | 870-877-2007 | | |
| | | Customer: | TURGRA |
| Customer: | TURNER GRAIN | | |
| | 411 N. MAIN | | **YELLOW CORN** |
| | BRINKLEY AR  72021 | | |
| | | 870-734-4747 | |

| | Ticket | Date | Vehicle ID | REFERENCE | Weight | % | Bushels | Net | Type | Factor | Rate | Amount | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 5323854-01 | 8/12/2014 | DARRELL | 18/0018 | 56,480 | 100 | 1,008.57 | 1,008.57 | MO 1 | 14.60 | | | 0.00000 |
| | | | | | | | | | FM | 1.90 | | | |
| | | | | | | | | | TW | 56.70 | | | |
| | | | | | | | | | DM | 0.10 | | | |
| 02 | 5323855-01 | 8/12/2014 | CHRIS | 19/1619881 | 56,820 | 100 | 1,014.64 | 1,014.64 | MO 1 | 13.50 | | | 0.00000 |
| | | | | | | | | | FM | 2.10 | | | |
| | | | | | | | | | TW | 54.90 | | | |
| | | | | | | | | | DM | 0.60 | | | |
| 03 | 5323856-01 | 8/12/2014 | RANDALL | 20/1619882 | 56,800 | 100 | 1,014.29 | 1,014.29 | MO 1 | 13.50 | | | 0.00000 |
| | | | | | | | | | FM | 0.70 | | | |
| | | | | | | | | | TW | 55.60 | | | |
| | | | | | | | | | DM | 0.60 | | | |
| 04 | 5323857-01 | 8/12/2014 | ROGER | 21/534285 | 53,400 | 100 | 953.57 | 924.96 | MO 1 | 15.80 | 3 % | -28.61 | 0.00000 |
| | | | | | | | | | FM | 1.20 | | | |
| | | | | | | | | | TW | 56.10 | | | |
| | | | | | | | | | DM | 0.40 | | | |
| 05 | 5323858-01 | 8/12/2014 | DENNIS | 22/1619883 | 54,080 | 100 | 965.71 | 965.71 | MO 1 | 13.70 | | | 0.00000 |
| | | | | | | | | | FM | 3.80 | 1 c | -$9.66 | |
| | | | | | | | | | TW | 55.20 | | | |
| | | | | | | | | | DM | 0.80 | | | |
| 06 | 5323859-01 | 8/12/2014 | RANDELL | 23/1619886 | 54,700 | 100 | 976.79 | 976.79 | MO 1 | 13.60 | | | 0.00000 |
| | | | | | | | | | FM | 3.10 | 1 c | -$9.77 | |
| | | | | | | | | | TW | 54.90 | | | |
| | | | | | | | | | DM | 0.60 | | | |
| **Totals:** | | 6  Loads | | | | | 5,933.57 | 5,904.96 | | | | | |

| Ap | Contract | Date | Bushels | Price | Factor | Discount / Premium | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-06 | Open Storage | 8/12/2014 | 5,904.96 | 0.00000 | | -28.61 | -$19.43 | -$19.43 | | | |
| | | | | | 0.00 | 0.00 | -$19.43 | | FM | Foreign Materials | |
| | | | | | 0.00 | -28.61 | $0.00 | | MO | Moisture | |
| | | | 5,904.96 | | | -28.61 | -$19.43 | -$19.43 | | | |

Total Due: $0.00

We Appreciate Your Business!

| Summary of all applications for these tickets | | | Apply% | Gross Bushels | Bushels Sold | Bushels Stored | Bushels Loaded Out |
|---|---|---|---|---|---|---|---|
| TURGRA | TURNER GRAIN | | 100 % | 5,933.57 | 0.00 | 5,904.96 | 0.00 |
| | | | | 5,933.57 | 0.00 | 5,904.96 | 0.00 |

*[handwritten: Exhibit 2     5904 bus × 3.80 ert Vn/h → $22,435 nsd]*



**OAKLEY GRAIN, INC. - EXPORT DIVISION**
P.O. BOX 17880
NORTH LITTLE ROCK, AR 72117
800-467-7517

Delivery Sheet: 032-******

Date: Purchase 8/18/2014

Customer: TURGRA

**YELLOW CORN**

Customer: TURNER GRAIN
411 N. MAIN
BRINKLEY AR 72021

870-734-4747

| Ticket | Date | Vehicle ID | REFERENCE | Weight | % | Bushels | Net | Type | Factor | Rate | Amount | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 0050997-01 | 7/28/2014 | | | 55,140 | 100 | 984.64 | 984.64 | | | | | 0.00000 |
| 02 0051052-01 | 7/29/2014 | | | 48,840 | 100 | 872.14 | 872.14 | | | | | 0.00000 |
| 03 0051078-01 | 7/30/2014 | | | 53,580 | 100 | 956.79 | 956.79 | | | | | 0.00000 |
| 04 0051095-01 | 7/31/2014 | | | 48,640 | 100 | 868.57 | 868.57 | | | | | 0.00000 |
| 05 0051099-01 | 7/31/2014 | | | 49,800 | 100 | 889.29 | 889.29 | | | | | 0.00000 |
| 06 0051100-01 | 7/31/2014 | | | 50,840 | 100 | 907.86 | 907.86 | | | | | 0.00000 |
| 07 0051105-01 | 7/31/2014 | | | 51,920 | 100 | 927.14 | 927.14 | | | | | 0.00000 |
| 08 0051107-01 | 7/31/2014 | | | 53,340 | 100 | 952.50 | 952.50 | | | | | 0.00000 |
| 09 0051108-01 | 7/31/2014 | | | 47,600 | 100 | 850.00 | 850.00 | | | | | 0.00000 |
| 10 0051119-01 | 7/31/2014 | | | 51,440 | 100 | 918.57 | 918.57 | | | | | 0.00000 |
| 11 0051124-01 | 7/31/2014 | | | 58,880 | 100 | 1,051.43 | 1,051.43 | | | | | 0.00000 |
| 12 0051170-01 | 8/4/2014 | | | 54,320 | 100 | 970.00 | 970.00 | | | | | 0.00000 |
| 13 0051214-01 | 8/6/2014 | | | 48,880 | 100 | 872.86 | 872.86 | | | | | 0.00000 |
| 14 0051218-01 | 8/6/2014 | | | 51,640 | 100 | 922.14 | 922.14 | | | | | 0.00000 |
| 15 C008955-01 | 7/29/2014 | 51032 | | 52,220 | 100 | 932.50 | 932.50 | | | | | 0.00000 |
| 16 C008956-01 | 7/30/2014 | 51064 | | 51,500 | 100 | 919.64 | 919.64 | | | | | 0.00000 |
| 17 C008957-01 | 7/30/2014 | 51067 | | 52,800 | 100 | 942.86 | 942.86 | | | | | 0.00000 |
| 18 C008958-01 | 7/30/2014 | 51073 | | 53,940 | 100 | 963.21 | 963.21 | | | | | 0.00000 |
| 19 C008959-01 | 7/30/2014 | 51077 | | 50,380 | 100 | 899.64 | 899.64 | | | | | 0.00000 |
| 20 C008960-01 | 7/30/2014 | 51084 | | 58,560 | 100 | 1,045.71 | 1,045.71 | | | | | 0.00000 |
| 21 C008961-01 | 7/31/2014 | 51103 | | 50,500 | 100 | 901.79 | 901.79 | | | | | 0.00000 |
| 22 C008962-01 | 7/31/2014 | 51104 | | 48,600 | 100 | 867.86 | 867.86 | | | | | 0.00000 |
| 23 C008963-01 | 7/31/2014 | 51109 | | 55,000 | 100 | 982.14 | 982.14 | | | | | 0.00000 |
| 24 C008964-01 | 7/31/2014 | 51113 | | 51,020 | 100 | 911.07 | 911.07 | | | | | 0.00000 |
| 25 C008965-01 | 8/1/2014 | 51136 | | 51,900 | 100 | 926.79 | 926.79 | | | | | 0.00000 |
| 26 C008966-01 | 8/1/2014 | 51137 | | 51,100 | 100 | 912.50 | 912.50 | | | | | 0.00000 |
| 27 C008967-01 | 8/1/2014 | 51144 | | 54,780 | 100 | 978.21 | 978.21 | | | | | 0.00000 |
| 28 C008968-01 | 8/1/2014 | 51153 | | 39,580 | 100 | 706.79 | 706.79 | | | | | 0.00000 |
| 29 C008969-01 | 8/5/2014 | 51191 | | 54,240 | 100 | 968.57 | 968.57 | | | | | 0.00000 |
| 30 C008970-01 | 8/5/2014 | 51193 | | 51,860 | 100 | 926.07 | 926.07 | | | | | 0.00000 |
| Totals: | 30 Loads | | | | | 27,729.28 | 27,729.28 | | | | | |

| Ap | Contract | Date | Bushels | Price | Factor | Discount / Premium | Total |
|---|---|---|---|---|---|---|---|
| 01-30 | Open Storage | 8/1/2014 | 27,729.28 | 0.00000 | 0.00 | $0.00 | $0.00 |

*[handwritten: Exhibit 3]*

*[handwritten: 27,729.28 bushels × $4.10 = 123,650]*

*[handwritten: p 1/2]*

Page 1 of 2

Delivery Sheet: 032-******

|  | 27,729.28 | 0.00 | $0.00 | $0.00 |
|---|---|---|---|---|
|  |  | **Total Due:** | **$0.00** |  |

We Appreciate Your Business!

**Summary of all applications for these tickets**

| | | Apply% | Gross Bushels | Bushels Sold | Bushels Stored | Bushels Loaded Out |
|---|---|---|---|---|---|---|
| TURGRA | TURNER GRAIN | 100 % | 27,729.28 | 0.00 | 27,729.28 | 0.00 |
|  |  |  | 27,729.28 | 0.00 | 27,729.28 | 0.00 |

Exh 3  p 2/2

(4)

Peco Foods
Newark, AR
8595.36 bu.
x 4.10/bu
$35,240.98

JN

Exhibit 4 - P

Tyson Foods
Hope, AR
10,821.07 bu.
x 4.35/bu
$47,071.65

(JN)

Exhibit 5

Wayne Farms
Danville, AR
10 unpaid tickets
9000 bu — estimated total
x 4.30/bu.
$38,700

(JN)

Exhibit 6